| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | **WANGER JONES HELSLEY PC**<br>Jay A. Christofferson #203878<br>*jchristofferson@wjhattorneys.com*<br>265 East River Park Circle, Suite 310<br>Fresno, California 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330<br><br>Attorney for Defendants JASON M. YAMADA,<br>CHISATO JANICE MATSUYAMA YAMADA,<br>and JMY PROPERTIES I, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br>An Ohio corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>JASON M. YAMADA, an individual;<br>CHISATO JANICE MATSUYAMA<br>YAMADA, an individual; JMY<br>PROPERTIES I, LLC, a California limited<br>liability company; VICTORIA ANTUNEZ,<br>individually and as Successor in Interest to the<br>Estate of Adrian Antunez aka Adrian Antunez<br>Perez; and PEDRO DIEGO, an individual,<br><br>        Defendants. | Case No. 2:18-cv-00491-TLN-KJN<br><br>**STIPULATION TO TRANSFER ACTION INTRA-DISTRICT TO THE FRESNO DIVISION PURSUANT TO LOCAL RULE 120; ORDER THEREON**<br><br>Complaint Filed: 3/6/2018 |

1 | The parties hereto, Scottsdale Indemnity Company ("Scottsdale"), Jason M. Yamada,
2 | Chisato Janice Matsuyama Yamada, JMY Properties I, LLC, Victoria Antunez and Pedro Diego
3 | ("Parties"), hereby stipulate as follows:
4 | WHEREAS, Scottsdale's Declaratory Relief Complaint is presently venued in the
5 | Sacramento Division of the United States District Court, Eastern District of California;
6 | WHEREAS, the accident that serves as the basis for the underlying lawsuit occurred in
7 | Fresno County;
8 | WHEREAS, the underlying Complaint relating to the accident at issue is venued in Fresno
9 | County;
10 | WHEREAS, pursuant to Local Rule 120(d), intra-district transfer is proper because the
11 | underlying accident occurred in Fresno County;
12 | WHEREAS, pursuant to Local Rule 120(f), the Parties file this stipulation and proposed
13 | order to transfer this action to the United States District Court Eastern District of California, Fresno
14 | Division;
15 | THEREFORE, IT IS HEREBY STIPULATED by the Parties, in the interest of complying
16 | with Local Rule 120, that this action be transferred to the United States District Court, Eastern
17 | District, Fresno Division.

Dated: June 6, 2018  WANGER JONES HELSLEY PC

By: ___/s/ Jay A. Christofferson___
Jay A. Christofferson
Attorneys for Defendants Defendants JASON M. YAMADA, CHISATO JANICE MATSUYAMA YAMADA, and JMY PROPERTIES I, LLC

1

| | |
|---|---|
| Dated: June __, 2018 | SELMAN BREITMAN LLP |

By: _____/s/_____
Alan B. Yuter
Attorneys for Plaintiff SCOTTSDALE
INDEMNITY COMPANY

| | |
|---|---|
| Dated: June 6, 2018 | BARADAT & PABOOJIAN, INC. |

By: _____/s/_____
Warren R. Paboojian
Adam B. Stirrup
Attorneys for Defendants VICTORIA ANTUNEZ
and PEDRO DIEGO

## **ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that this action shall be transferred intra-district to the United States District Court, Eastern District, Fresno Division.

**IT IS SO ORDERED.**

Dated: June 12, 2018

_____
Troy L. Nunley
United States District Judge